# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

ALEX GEORGE URGELOWICH,

    Petitioner,

vs.                                     CASE NO. 4:11-cv-499-SPM/WCS

KENNETH S. TUCKER,
SECRETARY, FLORIDA DEPARTMENT
OF CORRECTIONS,

    Respondent.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court for consideration of the Magistrate Judge's Report and Recommendation (doc. 5). Petitioner has been afforded an opportunity to file objections, but no objections were filed. Upon consideration, I have determined that the Report and Recommendation is correct and should be adopted.

Accordingly, it is hereby ORDERED and ADJUDGED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 5) is **adopted** and incorporated by reference into this order.

2. The motion to proceed in forma pauperis (doc. 4) is hereby **granted** solely for purposes of transfer.

3. This case shall be transferred to the United States District Court for

the Middle District of Florida for all further proceedings.

DONE AND ORDERED this 28th day of December, 2011.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge